No. 97–1761.  FEDERATION OF CONNECTICUT TAXPAYER ORGANIZATIONS ET AL. *v.* BURNHAM, TREASURER OF CONNECTICUT,

ET AL. C. A. 2d Cir. Certiorari denied.